UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RICHARD WHITALL, G43090,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendant(s). | Case No. 20-cv-01259-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

　　　Pursuant to the joint stipulation for voluntary dismissal filed by the parties (ECF No. 36), this action is DISMISSED with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

　　　The clerk is instructed to close the file and terminate all pending motions (see, e.g., ECF No. 31) as moot.

　　　**IT IS SO ORDERED**.

Dated: May 22, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge